*E-FILED - 10/15/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HAMPTON LEON FINNEY, | ) | No. C 05-4576 RMW (PR) |
| Petitioner, | ) ) | ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME |
| vs. | ) ) ) | (Docket No. 23) |
| A.P. KANE, Warden, | ) ) | |
| Respondent. | ) ) | |

Petitioner has filed a motion for an extension of time in which to file an answer to the court's order to show cause (docket no. 23). Good cause being shown, the court grants respondent's motion for extension of time. Respondent shall file and serve on petitioner an answer on or before **November 18, 2008.** If petitioner wishes to respond to the answer, he shall do so by filing a traverse within thirty days of the date the answer is filed. This order terminates Docket No. 23.

IT IS SO ORDERED.

Dated:  10/10/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order Granting Respondent's Motion for Extension of Time
P:\PRO-SE\SJ.Rmw\HC.05\Finney576eot.wpd           1