1
2
3
4
5
6
7

***E-FILED - 1/15/09***

8
9
10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

11
12
13
14
15
16

| | | |
|---|---|---|
| HAMPTON LEON FINNEY, | ) | No. C 05-4576 RMW (PR) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| | ) | |
| A.P. KANE, Warden, | ) | |
| Respondent. | ) | |

17      The court has denied the instant petition for a writ of habeas corpus on the merits.

18  Therefore, judgment is entered in favor of respondent.  Petitioner shall take nothing by way of

19  his petition.  The clerk shall close the file.

20      IT IS SO ORDERED.

21  DATED: __1/13/09_____

*Ronald M. Whyte*

22  RONALD M. WHYTE
United States District Judge

23
24
25
26
27
28